UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Andrew Milbeck**

**On behalf of himself and
all others similarly situated**

    **Plaintiffs**

    **v.**                                Case No. 21CV967

**Kaschak Roofing, Inc.**

    **Defendant.**

## JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

Andrew Milbeck and Kaschak Roofing, Inc., by their attorneys, hereby move the Court to enter an order that:

1. Approves the Settlement Agreement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e);

2. Declares that the Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

3. Declares that the Settlement Agreement to be binding on Kaschak Roofing, Andrew Milbeck, all Class Members, and all Collective Members;

4. Approves as reasonable the parties proposed methodology for, and their computation of payouts for individual collective and class members;

5. Dismisses with prejudice Andrew Milbeck's individual claims against Kaschak Roofing and the Class Members' and Collective Members' claims against the Kaschak Roofing and other Released Parties in this Lawsuit; and

6. Dismisses the Lawsuit with prejudice.

This motion is supported by the memorandum of law, the declaration of Yingtao Ho and exhibit attached thereto, as well as any additional parts of the record cited by the memorandum of law.

Dated this 16th day of January, 2023.

s/Yingtao Ho_____
Yingtao Ho
Email: yh@previant.com
Wis. Bar #1045418
Attorney for Plaintiffs
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
Telephone: 414-271-4500
Fax: 414-271-6308

*s/Geoffrey S. Trotier*_____
Geoffrey S. Trotier
Email: Geoff.trotier@huschblackwell.com
Wis. Bar #1047083
Attorney for Defendants
Husch Blackwell LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414-978-5437
Fax: 414-223-5000