UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ANDREW MILBECK, individually
and on behalf of all others similarly
situated,**
   **Plaintiff,**

  v.              Case No. 21-C-0967

**KASCHAK ROOFING, INC.
   Defendant.**

---

## ORDER

  Upon review of the parties' joint motion for final settlement approval and plaintiff's petition for attorneys' fees and class-representative inventive award, and following a final fairness hearing held on January 24, 2023, the court makes the following findings and enters the following orders:

  1.  In accordance with Federal Rule of Civil Procedure 23(e)(2), the court finds the parties' settlement agreement fair, reasonable, and adequate.

  2.  The court further finds that the settlement agreement represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

  3.  The court declares that the settlement agreement is binding on Kaschak Roofing, Andrew Milbeck, all Class Members, and all Collective Members. The Class Members and Collective Members are identified by name on the exhibit attached to this order.

  4.  The court approves as reasonable the parties' computation of payouts for individual collective and class members, as reflected on the exhibit attached to this order.

5. The court grants plaintiff Andrew Milbeck's request for an inventive award of $5,000.

6. The court finds class counsel's request for fees reasonable and grants class counsel's petition for attorneys' fees and costs in the amount of $40,000.

7. The court dismisses with prejudice this action and all claims of Andrew Milbeck and those of the class and collective against Kaschak Roofing.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2023.

/s/Lynn Adelman
LYNN ADELMAN
District Judge

| Name | Payout | Final recovery | Incentive award |
|---|---|---|---|
| **Collective members** | | | |
| Andrew Milbeck | $1,078.37 | $784.18 | $5,000 |
| Brumfield, Isom | $2,971.70 | $2,160.99 | 0 |
| Brzezinski, Nicholas K. | $704.00 | $511.94 | 0 |
| Graham, Desirea | $56.25 | $40.90 | 0 |
| Sanders, Colton | $0.00 | $0.00 | 0 |
| Walker, Todd | $4,088.88 | $2,973.40 | 0 |
| Wieting, Michael | $5,643.90 | $4,104.19 | 0 |
| Class members | | $0.00 | 0 |
| Adams, Mark | $0.00 | $0.00 | 0 |
| Balsamo, Angelo | $0.00 | $0.00 | 0 |
| Banach, Jake | $0.00 | $0.00 | 0 |
| Banaszynski, Bailey | $0.00 | $0.00 | 0 |
| Cage, Corey | $0.00 | $0.00 | 0 |
| Cullina, Adrian | $295.00 | $214.52 | 0 |
| Dancik, Kyle | $0.00 | $0.00 | 0 |
| Davis, Armante | $20.00 | $14.54 | 0 |
| Dawley, Jeremy | # | $1,025.88 | 0 |
| Donar, Jesse | $75.00 | $54.54 | 0 |
| Edwards, Deion | $0.00 | $0.00 | 0 |
| Edwards, Derick | $0.00 | $0.00 | 0 |
| Feyen, Kyle | $70.00 | $50.90 | 0 |
| FRALEY, CHAD | $3,278.75 | $2,384.28 | 0 |
| Fraley, Clayton | $4,156.25 | $3,022.39 | 0 |
| Fraley, Jacob | $3,984.80 | $2,897.71 | 0 |
| Fraley, Richard | $0.00 | $0.00 | 0 |
| Gallett, Lucas | $0.00 | $0.00 | 0 |
| Giemza, Dale | $0.00 | $0.00 | 0 |
| Giemza, Jason A. | $290.00 | $210.89 | 0 |
| Grant, Daniel | $0.00 | $0.00 | 0 |
| Gutierrez, Samuel | $260.00 | $189.07 | 0 |
| Henning, Douglas | $8,176.25 | $5,945.69 | 0 |
| Hoffman, Jacob | $77.00 | $55.99 | 0 |
| Hunt, Randall Jr | $0.00 | $0.00 | 0 |
| Kaschak, Ethan J. | $0.00 | $0.00 | 0 |
| Kollmann, Jason | $621.50 | $451.95 | 0 |
| Krueger, Daniel W. | $37,053.75 | $26,945.15 | 0 |
| LeQue, Benjamin | $839.50 | $610.48 | 0 |
| Margraf, Norbert | $4,496.25 | $3,269.63 | 0 |
| McPherson, Emory | $1,852.50 | $1,347.12 | 0 |
| Meraz, Ruben | $3,792.00 | $2,757.51 | 0 |
| Milbeck, Manuel L. | $2,377.50 | $1,728.90 | 0 |
| Muedini, Faredin | $896.00 | $651.56 | 0 |
| Nelson, Matthew | $0.00 | $0.00 | 0 |
| Panyk, Steven | $0.00 | $0.00 | 0 |
| Polinske, Donald | $264.00 | $191.98 | 0 |

| | | | |
|---|---:|---:|---:|
| Redieske, Jayvin | $0.00 | $0.00 | 0 |
| Schultz, Jeromy | $556.88 | $404.96 | 0 |
| Seaton, Rusty R. | $0.00 | $0.00 | 0 |
| Sierra-Morales, Pedro | $632.00 | $459.58 | 0 |
| Sigas, Jorge | $0.00 | $0.00 | 0 |
| Silva III, Samuel | $764.75 | $556.12 | 0 |
| Tasch, Robert | $264.00 | $191.98 | 0 |
| Todd, Benjamin | $0.00 | $0.00 | 0 |
| Trepanier, Jamie L. | $10,158.33 | $7,387.04 | 0 |
| Urbina, fidel | $2,045.80 | $1,487.69 | 0 |
| Varela, Jesse | $0.00 | $0.00 | 0 |
| Waychoff, Steven | $0.00 | $0.00 | 0 |
| | | | |
| Total included in fee calculation | $120,083.66 | | |
| Proposed fees and costs | $40,000.00 | | |
| Fees paid out of recovery | $23,168.00 | | |
| Incentive award paid out of recovery | $5,000.00 | | |
| Total recovery | $103,251.66 | | |
| Total payout | $75,083.66 | | |

| add'l recovery | W-2 amount | 1099 amount | |
|---:|---:|---:|---:|
| $96.13 | $440.16 | $5,440.15 | |
| 0 | $1,080.50 | $1,080.49 | |
| 0 | $255.97 | $255.97 | |
| 0 | $20.45 | $20.45 | |
| 0 | $0.00 | $0.00 | |
| 0 | $1,486.70 | $1,486.70 | |
| 0 | $2,052.10 | $2,052.09 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $107.26 | $107.26 | |
| 0 | $0.00 | $0.00 | |
| 0 | $7.27 | $7.27 | |
| 0 | $512.94 | $512.94 | |
| 0 | $27.27 | $27.27 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $25.45 | $25.45 | |
| 0 | $1,192.14 | $1,192.14 | |
| 0 | $1,511.20 | $1,511.19 | |
| 0 | $1,448.86 | $1,448.85 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $105.45 | $105.44 | |
| 0 | $0.00 | $0.00 | |
| 0 | $94.54 | $94.53 | |
| 0 | $2,972.85 | $2,972.94 | |
| 0 | $28.00 | $27.99 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | |
| 0 | $225.98 | $225.97 | |
| 0 | $13,472.58 | $13,472.57 | |
| 0 | $305.24 | $305.42 | |
| 0 | $1,634.82 | $1,634.81 | |
| 0 | $673.56 | $673.56 | |
| 0 | $1,378.76 | $1,378.75 | |
| 0 | $864.45 | $864.45 | |
| 0 | $325.78 | $325.78 | |
| 0 | $0.00 | $0.00 | |
| 0 | $0.00 | $0.00 | 521.917808 |
| 0 | $95.99 | $95.99 | 1.16 |

| | | |
|---|---:|---:|
| 0 | $0.00 | $0.00 |
| 0 | $202.48 | $202.48 |
| 0 | $0.00 | $0.00 |
| 0 | $229.79 | $229.79 |
| 0 | $0.00 | $0.00 |
| 0 | $278.06 | $278.06 |
| 0 | $95.99 | $95.99 |
| 0 | $0.00 | $0.00 |
| 0 | $3,693.52 | $3,693.52 |
| 0 | $743.85 | $743.84 |
| 0 | $0.00 | $0.00 |
| 0 | $0.00 | $0.00 |

41267.36